UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Martha Rodríguez Candia
v.
Executive Airlines, Inc.

CASE NUMBER: 98-1152 (HL)

| MOTION | ORDER |
|---|---|
| **Dates Filed:**  **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | Due to an ongoing criminal trial, the undersigned will be unable to preside over the jury trial scheduled in this case for October 6, 1999. Therefore, a status conference shall be held in this case before Magistrate Judge Arenas on **September 30, 1999**, at 4:00 p.m. The parties should be prepared to discuss the possibility of consenting to have the case heard before Magistrate Arenas. They should also be prepared to discuss a possible settlement. |

Date 9/28/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

