IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTHA RODRÍGUEZ CANDÍA,

Plaintiff

v.                                                             CIVIL 98-1152 (HL)

EXECUTIVE AIRLINES,

Defendant

## STATUS CONFERENCE REPORT

At today's conference, plaintiff was represented by Peter John Porrata, Esq., defendant by Angel Castillo, Carmencita Velázquez Márquez and Radamés Torruella, Esqs.

Settlement discussions were had and after several exchanges, it is clear that the case has no settlement possibilities at present. Furthermore, the parties do not consent to have the case heard before me at this time. The court is invited to refer the case to me again after motion practice is finalized.

In San Juan, Puerto Rico, this 30th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)