UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Martha Rodríguez Candia
v.
Executive Airlines, Inc.

CASE NUMBER: 98-1152 (HL)



| MOTION | ORDER |
|---|---|
| Dates Filed: 9.23.99   Docket # 73<br>[ ] Plffs   [x] Defts   [ ] Other<br>Title: Motion to amend pretrial order by adding witness | Granted. Defendant may add Jannette Navarro as a witness. Defendant must make Ms. Navarro available to be deposed by November 5, 1999. Defendant shall pay all costs of the deposition. No further discovery shall be permitted. |

| MOTION | ORDER |
|---|---|
| Dates Filed: 10.4.99   Docket # 76<br>[x] Plffs   [ ] Defts   [ ] Other<br>Title: Opposition to motion to amend and motion in limine | Denied. See the above order. |

Date  10-17-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

