# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Martha Rodríguez Candia
            v.                          **CASE NUMBER:** 98-1152 (HL)
Executive Airlines

| MOTION |
| --- |

| Date Filed:10.14.99 Dkt # 77 [x ] Plffs [] Defts Title: Motion for leave to file an amended complaint |
| --- |

| ORDER |
| --- |

Before the Court is Plaintiff's motion for leave to file an amended complaint. In a scheduling order issued May 19, 1998, the Court set August 31, 1998, as the deadline for adding claims or parties. Docket no. 6. It is essential that a court's deadlines be followed in order to allow for the proper management of the court's caseload. *Rosario-Díaz v. González*, 140 F.3d 312, 315-16 (1st Cir. 1998) (Court refused to consider motion for summary judgment filed eight weeks after deadline for doing so); *Serrano-Perez v. FMC Corp.*, 985 F.2d 625, 628 (1st Cir. 1993) (expert witness obtained beyond deadline excluded from case); *Thibeault v. Square D Co.*, 960 F.2d 239, 247 n.7 (1st Cir. 1992) ("we heartily endorse the utilization of discovery closure dates . . . as a case management tool."); *Riofrio Anda v. Ralston Purina, Co.*, 959 F.2d 1149, 1154-55 (1st Cir. 1992) (denial of motion to amend complaint because plaintiff moved to amend the complaint two months after deadline in the scheduling order had passed); *Barreto v. Citibank, N.A.*, 907 F.2d 15, 16 (1st Cir. 1990) ("discovery orders, other pre-trial orders, and, indeed, all orders governing the management of a case are enforceable under pain of sanction for unjustifiable violation"); *Nieves Domenech v. Dymax Corp.*, 952 F.Supp. 57, 61-62 (D.P.R. 1996) (denial of request to amend the complaint five months after the deadline had passed); *Corretjer Farinacci v. Picayo*, 149 F.R.D. 435, 438 (D.P.R. 1993) (disregard of judge's scheduling order and local rules of the district justifies sanctions). In the present case, Plaintiff moves to amend the complaint more than thirteen months after the deadline for doing so has passed. Because of the lateness of this motion, the request to amend the complaint is hereby **denied**.

Date  11-03-99          HECTOR M. LAFFITTE
                        Chief U.S. District Judge



