UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Martha Rodríguez Candia
v.
Executive Airlines, Inc.

CASE NUMBER: 98-1152 (HL)

| MOTION | ORDER |
|---|---|
| **Dates Filed: Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | This case is hereby placed on a list of cases which may be tried by a visiting judge. The parties should be prepared to try this case in November, some time on or after November 15, 1999. |

Date 11-04-99

HECTOR M. LAFFITTE
Chief U.S. District Judge


