UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Martha Rodríguez Candia
v.
Executive Airlines, Inc.

CASE NUMBER: 98-1152 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11.29.99   **Docket #** 85<br>[x] **Plffs**   [x] **Defts**   [ ] **Other**<br>**Title:** Stipulation for voluntary dismissal with prejudice | Granted and approved. Judgment shall be entered accordingly. |

November 30, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge

