ENTERED ON DOCKET
12/1/99 PURSUANT
TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
NOV 30 1999
OFFICE-CLERK, U.S.
DIST. CT.
SAN JUAN, P.R.

Martha Rodríguez Candia
v.
Executive Airlines, Inc.

CASE NUMBER: 98-1152 (HL)

## JUDGMENT

The Court having approved the parties' stipulation for dismissal, judgment is hereby entered dismissing this case with prejudice and without costs or attorney's fees.

November 30, 1999

HECTOR M. LAFFITTE
Chief U.S. District Judge

